# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

162337(42)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE CITY OF ST. CLAIR SHORES,
    Plaintiff-Appellee,

v

MICHAEL DORR,
    Defendant-Appellant.

SC: 162337
COA: 349910
Macomb CC: 2019-000135-AR

_____/

On order of the Chief Justice, the motion of Michigan Realtors to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 22, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk